KEVIN P. McCARTHY, BAR NO. 199786
MICHAEL S. ELLIS, BAR NO. 199820
McCARTHY & McCARTHY, LLP
505 14th Street, Suite 1150
Oakland, California 94612
Telephone: (510) 839-8100
Facsimile: (510) 839-8108
E-Mail: kmccarthy@mccarthyllp.com

Attorneys for Plaintiff,
INSIGHT GLASS, INC., a California Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DISTRICT

| | |
|---|---|
| INSIGHT GLASS, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> PHILIPS PRODUCTS; PHILIPS PRODUCTS, INC.; PHILIPS INDUSTRIES; PHILIPS INDUSTRIES, INC.; TOMKINS, PLC; TOMKINS CORPORATION; TOMKINS INDUSTRIES, INC.; TOMKINS ACQUISITION CORPORATION; DOES 1-100, inclusive, <br><br> Defendants. | **Case No.: 2:09-CV-03370-JAM (EFB)** <br><br> **STIPULATION AND ORDER RE: PRE-TRIAL SCHEDULING** |

Plaintiff INSIGHT GLASS, INC. and Defendants PHILIPS PRODUCTS, INC. and TOMKINS INDUSTRIES, INC. (hereinafter collectively referred to as the "PARTIES" to this stipulation) hereby stipulate to amend the present Pre-Trial Scheduling Order Court and propose the following schedule:

1. The PARTIES to this stipulation shall make expert witness disclosures under Fed.R.Civ.P. 26(a)(2) by **June 3, 2011**;

-1-
**STIPULATION AND ORDER RE PRE-TRIAL SCHEDULING**

PDF created with pdfFactory trial version www.pdffactory.com

2. Supplemental disclosures and disclosures of any rebuttal experts under Fed.R.Civ.P. 26(a)(2)(c) shall be made by the PARTIES to this stipulation by **June 17, 2011**;

3. Discovery shall be completed by the PARTIES to this stipulation on or before **August 5, 2011;**

4. The PARTIES to this stipulation shall file their dispositive motions by **September 7, 2011**;

5. All dispositive motions shall be heard on or before **October 5, 2011** at **9:30 a.m.**;

6. The Joint Pre-Trial Statement shall be filed and served by the PARTIES to this stipulation on **November 10, 2011.**  At the time of filing of the Joint Pre-Trial Statement, the statement shall e-mail the Joint Pre-Trial Statement in WPD or WORD format to Judge Mendez' assistant, Jane Pratt at: jpratt@caed.uscourts.gov;

7. The Pre-Trial Conference shall take place on **November 18, 2011**, at **3:00 p.m.;** and

8. Jury trial in this matter is set for **January 9, 2012,** at **9:00 a.m.**  The PARTIES to this stipulation estimate a trial length of approximately 10 to 20 days.

This Stipulation and Order Re: Pre-Trial Scheduling is submitted for the purpose of memorializing the stipulated parties' agreement to modify the existing discovery and trial schedule only, and does not alter any other terms or orders contained in the Court's January 29, 2010 Status (Pre-Trial Scheduling) Order.

**IT IS SO STIPULATED:**

DATED:  November ___, 2010         MCCARTHY & MCCARTHY LLP


                                                                           _____
                                                                           J. FRED TRUDEAU
                                                                           Attorneys for Plaintiff
                                                                           INSIGHT GLASS, INC.

-2 -
**STIPULATION AND ORDER RE PRE-TRIAL SCHEDULING**

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED:  November ___, 2010 | LEWIS BRISBOIS BISGAARD & SMITH, LLP |

SASHA M. CUMMINGS
GINA M. GUILEY
Attorneys for Defendant
PHILIPS PRODUCTS, INC.

DATED:  November ___, 2010    ROPERS, MAJESKI, KOHN & BENTLEY

JOHN A. KOEPPEL
TERRY ANASTASSIOU
Attorneys for Defendant
TOMKINS INDUSTRIES, INC.

**IT IS SO ORDERED.**

Dated: November 12, 2010

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
U. S. DISTRICT COURT JUDGE

-3-

**STIPULATION AND ORDER RE PRE-TRIAL SCHEDULING**

PDF created with pdfFactory trial version www.pdffactory.com