KEVIN P. McCARTHY, BAR NO. 144227
McCARTHY & McCARTHY, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, California 94607
Telephone: (510) 839-8100
Facsimile: (510) 839-8108

Attorney for Plaintiff
INSIGHT GLASS, INC., a California Corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DISTRICT

| | |
|---|---|
| INSIGHT GLASS, INC., a California Corporation, | **Case No.: 2:09-CV-03370-JAM (EFB)** |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE PRE-TRIAL CONFERENCE** |
| PHILIPS PRODUCTS; PHILIPS PRODUCTS, INC.; PHILIPS INDUSTRIES; PHILIPS INDUSTRIES, INC.; TOMKINS, PLC; TOMKINS CORPORATION; TOMKINS INDUSTRIES, INC.; TOMKINS ACQUISITION CORPORATION; DOES 1-100, inclusive, | **Pre-Trial Conference** **Date:** March 22, 2013 **Time:** 10:00 a.m. **Dept.:** 6 |
| Defendants. | |

Plaintiff INSIGHT GLASS, INC. hereby stipulates with Defendant PHILIPS PRODUCTS, INC. [hereinafter the "PARTIES"] to continue the current Pre-Trial Conference scheduled for March 22, 2013 at 10:00 a.m. in Department 6 to March 29, 2013 at 11:00 a.m. in Department 6, based on Plaintiff's attorney's participation in funeral services

McCarthy & McCarthy, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, CA 94607
Tel: (510) 839-8100
Fax: (510) 839-8108

• 1 •

**STIPULATION AND ORDER TO CONTINUE PRE-TRIAL CONFERENCE**

for a deceased loved one.

    The continued date of March 29, 2013 was provided by Court personnel.

**IT IS SO STIPULATED:**

DATED:  March 19, 2013        McCARTHY & McCARTHY LLP

                                 /s/  Kevin P. McCarthy, Esquire
                              KEVIN P. McCARTHY
                              Attorney for Plaintiff
                              INSIGHT GLASS, INC.

DATED:  March 19, 2013        LEWIS BRISBOIS BISGAARD & SMITH LLP

                                 /s/ Sasha M. Cummings, Esquire
                              SASHA M. CUMMINGS
                              Attorney for Defendant
                              PHILIPS PRODUCTS, INC.

**IT IS SO ORDERED.**

DATED: March 19, 2013

                                 /s/ John A. Mendez
                              HONORABLE JOHN A. MENDEZ

    The current Pre-Trial Conference date of March 22, 2013 is continued to March 29, 2013 at 11:00 a.m.

McCarthy & McCarthy, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, CA 94607
Tel: (510) 839-8100
Fax: (510) 839-8108

• 2 •

**STIPULATION AND ORDER TO CONTINUE PRE-TRIAL CONFERENCE**