KEVIN P. McCARTHY, BAR NO. 144227
McCARTHY & McCARTHY, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, California 94607
Telephone: (510) 839-8100
Facsimile: (510) 839-8108


Attorney for Plaintiff
INSIGHT GLASS, INC., a California Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DISTRICT

| | |
|---|---|
| INSIGHT GLASS, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> PHILIPS PRODUCTS; PHILIPS PRODUCTS, INC.; PHILIPS INDUSTRIES; PHILIPS INDUSTRIES, INC.; TOMKINS, PLC; TOMKINS CORPORATION; TOMKINS INDUSTRIES, INC.; TOMKINS ACQUISITION CORPORATION; DOES 1-100, inclusive, <br><br> Defendants. | **Case No.: 2:09-CV-03370-JAM (EFB)** <br><br><br><br> **STIPULATION AND ORDER TO CONTINUE PRE-TRIAL CONFERENCE** <br><br><br> **Pre-Trial Conference** <br> **Date:** March 22, 2013 <br> **Time:** 10:00 a.m. <br> **Dept.:** 6 |

Plaintiff INSIGHT GLASS, INC. hereby stipulates with Defendant PHILIPS PRODUCTS, INC. [hereinafter the "PARTIES"] to continue the current Pre-Trial Conference scheduled for March 22, 2013 at 10:00 a.m. in Department 6 to March 29, 2013 at 11:00 a.m. in Department 6, based on Plaintiff's attorney's participation in funeral services

• 1 •
**STIPULATION AND ORDER TO CONTINUE PRE-TRIAL CONFERENCE**

McCarthy & McCarthy, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, CA 94607
Tel: (510) 839-8100
Fax: (510) 839-8108

for a deceased loved one.

The continued date of March 29, 2013 was provided by Court personnel.

**IT IS SO STIPULATED:**

DATED:  March 19, 2013                McCARTHY & McCARTHY LLP


           /s/  Kevin P. McCarthy, Esquire
KEVIN P. McCARTHY
Attorney for Plaintiff
INSIGHT GLASS, INC.


DATED:  March 19, 2013                LEWIS BRISBOIS BISGAARD & SMITH LLP


           /s/ Sasha M. Cummings, Esquire
SASHA M. CUMMINGS
Attorney for Defendant
PHILIPS PRODUCTS, INC.


**IT IS SO ORDERED.**

DATED: March 19, 2013

           /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ


The current Pre-Trial Conference date of March 22, 2013 is continued to March 29, 2013 at 11:00 a.m.

McCarthy & McCarthy, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, CA 94607
Tel: (510) 839-8100
Fax: (510) 839-8108

**STIPULATION AND ORDER TO CONTINUE PRE-TRIAL CONFERENCE**