KEVIN P. McCARTHY, BAR NO. 144227
McCARTHY & McCARTHY, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, California 94607
Telephone: (510) 839-8100
Facsimile: (510) 839-8108

Attorney for Plaintiff
INSIGHT GLASS, INC., a California Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DISTRICT

| | |
|---|---|
| INSIGHT GLASS, INC., a California Corporation, | Case No.: 2:09-CV-03370-JAM (EFB) |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |
| PHILIPS PRODUCTS; PHILIPS PRODUCTS, INC.; PHILIPS INDUSTRIES; PHILIPS INDUSTRIES, INC.; TOMKINS, PLC; TOMKINS CORPORATION; TOMKINS INDUSTRIES, INC.; TOMKINS ACQUISITION CORPORATION; DOES 1-100, inclusive, | **Trial** **Date:** April 29, 2013 **Time:** 9:00 a.m. **Dept.:** 6 |
| Defendants. | |

At the request of Plaintiff INSIGHT GLASS, INC. ("INSIGHT GLASS"), the parties are willing to stipulate to a continuance of the current April 29, 2013 trial date. This stipulation is based on INSIGHT GLASS' request to have additional time to follow up on insurance issues which were outlined by counsel for INSIGHT GLASS on March 28-29,

McCarthy & McCarthy, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, CA 94607
Tel: (510) 839-8100
Fax: (510) 839-8108

• 1 •

**STIPULATION AND ORDER TO CONTINUE TRIAL DATE**

2013.

The parties stipulate to this continuance with the express condition that INSIGHT GLASS respond to limited written discovery propounded by PHILIPS PRODUCTS, INC. on the insurance issues raised by INSIGHT GLASS.

To facilitate such, the parties jointly request that the Court re-open written, non-expert discovery for this limited purpose.

**IT IS SO STIPULATED:**

DATED: April 5, 2013    McCARTHY & McCARTHY LLP

      /s/ Kevin P. McCarthy, Esquire
KEVIN P. McCARTHY
Attorney for Plaintiff
INSIGHT GLASS, INC.

DATED: April 5, 2013    LEWIS BRISBOIS BISGAARD & SMITH LLP

      /s/ Scott M. Mackey, Esquire
SASHA M. CUMMINGS
SCOTT M. MACKEY
Attorney for Defendant
PHILIPS PRODUCTS, INC.

**IT IS SO ORDERED.**

DATED: April 8, 2013

      /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ

The current Trial date of April 29, 2013 is continued to September 16, 2013 at 9:00 a.m.

It is further ordered that PHILIPS PRODUCTS, INC. may propound written discovery to INSIGHT GLASS as set forth in the above stipulation. No other discovery or dispositive motion deadlines are extended by the trial continuance.

McCarthy & McCarthy, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, CA 94607
Tel: (510) 839-8100
Fax: (510) 839-8108

• 2 •

**STIPULATION AND ORDER TO CONTINUE TRIAL DATE**