KEVIN P. McCARTHY, BAR NO. 144227
McCARTHY & McCARTHY, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, California 94607
Telephone: (510) 839-8100
Facsimile: (510) 839-8108

Attorney for Plaintiff
INSIGHT GLASS, INC., a California Corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DISTRICT

| | |
|---|---|
| INSIGHT GLASS, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> PHILIPS PRODUCTS; PHILIPS PRODUCTS, INC.; PHILIPS INDUSTRIES; PHILIPS INDUSTRIES, INC.; TOMKINS, PLC; TOMKINS CORPORATION; TOMKINS INDUSTRIES, INC.; TOMKINS ACQUISITION CORPORATION; DOES 1-100, inclusive, <br><br> Defendants. | Case No.: 2:09-CV-03370-JAM (EFB) <br><br> **STIPULATION AND ORDER TO CONTINUE TRIAL DATE** <br><br><br> **Trial Date:** September 16, 2013 <br> **Time:** 9:00 a.m. <br> **Dept.:** 6 |

At the request of Plaintiff, INSIGHT GLASS, INC. ("INSIGHT"), INSIGHT and PHILIPS PRODUCTS, INC. ("PHILIPS") hereby stipulate to a further continuance of the current September 16, 2013 trial date. This stipulation is based on a stated conflict by counsel for INSIGHT. Specifically, counsel for INSIGHT represents that he has several cases scheduled for trial, on or near, the current September 16, 2013 trial date.

Accordingly, INSIGHT and PHILIPS stipulate to continue the current trial date until

McCarthy & McCarthy, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, CA 94607
Tel: (510) 839-8100
Fax: (510) 839-8108

• 1 •

**STIPULATION AND ORDER TO CONTINUE TRIAL DATE**

**April 28, 2014 at 9:00 a.m. in Department 6**, a date identified by the Court.

It is further stipulated that the Court's prior Order, issued on April 8, 2013, re-opening written, non-expert discovery for the limited purpose of Plaintiff's response to limited written discovery propounded by Defendant on the insurance issues raised by Plaintiff remains in effect.

**IT IS SO STIPULATED:**

DATED: April 10, 2013          McCARTHY & McCARTHY LLP

                                                  /s/ Kevin P. McCarthy, Esq.
                                            KEVIN P. McCARTHY
                                            Attorney for Plaintiff
                                            INSIGHT GLASS, INC.

DATED: April 10, 2013          LEWIS BRISBOIS BISGAARD & SMITH LLP

                                                /s/ Scott M. Mackey, Esq.
                                            SASHA M. CUMMINGS
                                            SCOTT M. MACKEY
                                            Attorneys for Defendant
                                            PHILIPS PRODUCTS, INC.

The current Trial date of September 16, 2013 at 9:00 a.m. in Department 6 is continued to **April 28, 2014 at 9:00 a.m. in Department 6**.

It is further ordered that the Court's prior Order, issued on April 8, 2013, re-opening written, non-expert discovery for the limited purpose of Plaintiff's response to limited written discovery propounded by Defendant on the insurance issues raised by Plaintiff remains in effect.

**IT IS SO ORDERED.**

DATED: April 10, 2013

                                              /s/ John A. Mendez
                                            HONORABLE JOHN A. MENDEZ

McCarthy & McCarthy, LLP
The Arlington Building
492 Ninth Street, Suite 220
Oakland, CA 94607
Tel: (510) 839-8100
Fax: (510) 839-8108

• 2 •

**STIPULATION AND ORDER TO CONTINUE TRIAL DATE**